# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 141 WAL 2018

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

KAITLYN N. WOLFEL, :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of April, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by Petitioner is:

Whether the Superior Court of Pennsylvania disregarded the controlling authority of *Birchfield v. North Dakota*, 136 S. Ct. 2160 (2016), by reversing the trial court's decision suppressing the results of the testing of Petitioner's blood.